**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1879**

In re: JAMEL LAW,

          Petitioner.

On Petition for Writ of Mandamus. (1:10-cr-00477-CMH-2)

Submitted: November 29, 2018          Decided: December 3, 2018

Before DUNCAN and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jamel Law, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Law petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for a sentence reduction. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on Law's motion for sentence reduction. Accordingly, because the district court has recently decided Law's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*